UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
               Plaintiff,                      No 11-20066

v.                                          HON. ROBERT H. CLELAND

D-10 KEITH WILLIAM MCFADDEN
               Defendant.
                                              /

**STIPULATION AND ORDER TO
MODIFY CONDITIONS OF BOND OF
KEITH McFADDEN TO ALLOW
TRAVEL FOR WORK OUT OF STATE.**

The United States of America and defendant KEITH McFADDEN, by and through their respective counsel, hereby stipulate and agree to the following:

1.     The conditions of KEITH McFADDEN'S bond terms in the above matter are modified to allow him to travel to Platinum Retail Services offices in Hoover, Alabama to apply for work that will entail his traveling around the United States setting up Power Tool Accessory Reset Kits for True Value Hardware Stores.

2.     If KEITH McFADDEN is hired by Platinum Retail Services he may travel to where Platinum Retail Services designates him to work anywhere in the United States.

3.     KEITH McFADDEN shall retain his residence where he now resides and continue to be under the jurisdiction of the Pretrial Services office to where he presently reports.

4.     All other conditions of the bond shall remain in full force and effect.

**IT IS SO STIPULATED**

s/ with consent Saima Mohsin (P#73990)  
Assistant U.S. Attorney  
211 W. Fort Street, Ste 2001  
Detroit, MI 48226  

(313) 226 9163

s/ Charles A. Grossmann (P#24522)  
Attorney for Keith W. McFadden  
452 S. Saginaw St., Ste 302  
Flint, Michigan 48502  
(810) 232-0553  
email cgrossmann702@hotmail.com

**IT IS SO ORDERED**

Dated: May 9, 2013

  s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE