UNITED STATES DISTRICT COURT
EASTERN DISTRICT ON MICHIGAN

UNITED STATES OF AMERICA,
    Plaintiff

v.

D-10 KEITH WILLIAM MCFADDEN
    Defendant.
             /

No. 11-cr-20066

HON. ROBERT H. CLELAND

**STIPULATION AND ORDER TO HAVE U.S. MARSHALL SERVICE FACILITATE THE TRANSPORTATION OF KEITH MCFADDEN TO COURT**

The United States of America and defendant, KEITH McFADDEN, by and through their respective counsel, hereby stipulate and agree to the following:

1. Keith McFadden is indigent; which is indicated, in part, by the determination that he has appointed counsel representing him in the above matter.

2. Keith McFadden is scheduled to be in federal court in Detroit, MI on July 15, 2014 at 2:00 p.m.; and he presently resides in Florida.

3. Keith McFadden does not have the funds or the means to travel from his residence in Florida without assistance; which, upon information and belief, the U.S. Marshalls Service can provide by arranging bus transportation from Florida to Detroit, Michigan upon order of this Court.

4. The parties jointly request that this Court order the U.S. Marshall Service to provide the defendant, Keith McFadden, one-way bus transportation from Gainesville, Florida to Detroit, Michigan so that he will arrive by July 15, 2014 at 2:00 p.m..

**IT IS SO STIPULATED**

<table>
<tr><td>s/ with consent Eric M. Straus (P#38266)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Ste 2001<br>Detroit, MI 48226<br>(313) 226-9100<br>eric.straus@usdoj.gov</td><td>s/ Charles A. Grossmann(P#24522)<br>Attorney for Keith W. McFadden<br>452 S. Saginaw St., Ste 302<br>Flint, Michigan 48502<br>(810) 232-0553<br>email cgrossmann702@hotmail.com</td></tr>
</table>

**IT IS SO ORDERED**

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 11, 2014